UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-25346-CIV-MARTINEZ-GOODMAN**

DUANE CHIN LOY,

    Plaintiff,

vs.

PHOENIX DINING OF MIAMI GARDENS, LLC
d/b/a DENNY'S OF MIAMI GARDENS 7466,
and NATIONAL RETAIL PROPERTIES, LP,

    Defendants.
_____/

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice (the "Joint Motion") [ECF No. 14]. The Court, having reviewed the Joint Motion and the Consent Decree, attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, hereby:

**ORDERS AND ADJUDGES** that

1.    The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice [ECF No. 14] is **GRANTED.**

2.    The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*

3.    The Court **APPROVES** the Consent Decree, and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED WITH PREJUDICE** as to both Defendants.

4. The Court shall retain jurisdiction to enforce the Consent Decree and to monitor and enforce compliance with the terms of the Consent Decree to the extent necessary.

5. Each party shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of March, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record